Stephen D. Hibbard (Cal. Bar No. 177865)
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Phone: (415) 875-5809
Fax: (415) 875-5700
sdhibbard@jonesday.com

*Attorney for Defendants*
*SEQUOIA CAPITAL OPERATIONS, LLC;*
*SEQUOIA CAPITAL FRANCHISE PARTNERS,*
*LLC; SEQUOIA CAPITAL IX, LP; SEQUOIA*
*CAPITAL GROWTH FUND III, LP; SEQUOIA*
*ENTREPRENEURS ANNEX FUND, LP; SEQUOIA*
*CAPITAL GROWTH III PRINCIPALS FUNDS,*
*LLC; SEQUOIA CAPITAL FRANCHISE FUND,*
*LP; AND SEQUOIA CAPITAL GROWTH*
*PARTNERS III, L.P.*

Anna S. McLean (Cal. Bar No. 142233)
SHEPPARD MULLIN RICHTER & HAMPTON LLP
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111-4109
Phone: (415) 434-9100
Fax: (415) 434-3947
amclean@sheppardmullin.com

*Attorney for Defendants*
*MIKE STINSON, LINDA STINSON, THE STINSON*
*2009 GRANTOR RETAINED ANNUITY TRUST,*
*7HBF NO. 2, LTD., STARTUP CAPITAL*
*VENTURES, L.P., AND STEPHEN J. SHAPER*

[Additional Counsel on Signature Page]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KIMETRA BRICE, et al )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>MIKE STINSON, et al, )<br>)<br>Defendants. )<br>) | Case Number: 3:19-cv-01481-WHO<br><br>**STIPULATED REQUEST TO COORDINATE BRIEFING SCHEDULE AND HEARING DATE FOR DEFENDANTS' PENDING MOTIONS** |

**STIPULATED REQUEST TO COORDINATE BRIEFING SCHEDULE AND HEARING DATE FOR PENDING MOTIONS – CASE NO. 3:19-cv-01481-WHO**

# STIPULATED REQUEST TO COORDINATE BRIEFING SCHEDULE AND HEARING DATE FOR DEFENDANTS' PENDING MOTIONS

Pursuant to Civil Local Rules 6-1(b) and 6-2, Plaintiffs Kimetra Brice, Earl Browne, and Jill Novorot ("Plaintiffs"); Defendants Sequoia Capital Operations, LLC, Sequoia Capital Franchise Partners, L.P., Sequoia Capital IX, L.P., Sequoia Capital Growth Fund III, L.P., Sequoia Entrepreneurs Annex Fund, L.P., Sequoia Capital Growth III Principals Fund, LLC, Sequoia Capital Franchise Fund, L.P, Sequoia Capital Growth Partners III, L.P. (collectively, the "Sequoia Defendants"); Defendants Mike Stinson, Linda Stinson, The Stinson 2009 Grantor Retained Annuity Trust, 7HBF No. 2, Ltd., LLC, Startup Capital Ventures, L.P., and Stephen J. Shaper, by and through their respective counsel, respectfully stipulate to, and request an Order from the Court with respect to, the following revision to the briefing schedule and hearing date for Defendants' pending motions:

**WHEREAS**,

1.  On June 21, 2019, the Sequoia Defendants filed their Motion to Stay Pending Arbitration (*see* ECF No. 24). Any opposition to the Sequoia Defendants' Motion to Stay Pending Arbitration is currently due by July 5, 2019, and any reply is currently due by July 12, 2019. The hearing for the Motion to Stay Pending Arbitration is currently set for July 31, 2019 at 2:00 pm.

2.  On June 21, 2019, Defendants Mike Stinson, Linda Stinson, The Stinson 2009 Grantor Retained Annuity Trust, 7HBF No. 2, Ltd., LLC filed their Motion to Compel Arbitration (*see* ECF No. 25). Any opposition to this Motion to Compel Arbitration is currently due by July 5, 2019, and replies are due by July 12, 2019. The hearing for the Motion to Compel Arbitration is currently set for August 7, 2019 at 2:00 pm.

3.  On June 25, 2019, all Defendants filed their Motion to Transfer (*see* ECF No. 27). Any opposition to Defendants' Motion to Transfer is currently due by July 9, 2019, and any reply is currently due by July 16, 2019. The hearing for the Motion to Transfer is currently set for July 31, 2019 at 2:00 pm.

4. To accommodate a scheduling conflict with respect to the briefing schedule for Defendants' pending motions and to consolidate the briefing schedule and hearing date for these motions, counsel for Plaintiffs and all Defendants have conferred and stipulate to the following schedule:

- All oppositions to Defendants' pending motions due by July 12, 2019;
- All reply briefs in further support of Defendants' pending motions due by July 24, 2019;
- Hearing date for Defendants' pending motions: August 7, 2019 at 2:00 pm.

5. There have been no previous time modifications with respect to Defendants' pending motions and, other than re-setting the hearing date on two of those motions from July 31, 2019 to August 7, 2019, the time modifications requested pursuant to this Stipulation will have no effect on the schedule for this case.

**THEREFORE, IT IS NOW HEREBY STIPULATED AND AGREED,** by and between the undersigned, by and through their counsel that:

6. All opposition papers in response to the Motion to Stay Pending Arbitration, Motion to Compel Arbitration, and Motion to Transfer will be due by July 12, 2019.

7. All reply papers in further support of the Motion to Stay Pending Arbitration, Motion to Compel Arbitration, and Motion to Transfer will be due by July 24, 2019.

8. The hearing date for the Motion to Stay Pending Arbitration, Motion to Compel Arbitration, and Motion to Transfer will be set to August 7, 2019 at 2:00 pm.

Dated: July 3, 2019                                  Respectfully submitted,

*/s/ Anna C. Haac*                                   */s/ Stephen D. Hibbard*
Anna C. Haac (*pro hac vice* forthcoming)            Stephen D. Hibbard (Cal. Bar No. 177865)
**TYCO & ZAVAREEI LLP**                              **JONES DAY**
1828 L St. N.W., Suite 1000                          555 California Street, 26th Floor
Washington, DC 20036                                 San Francisco, CA 94104
Phone: (202) 973-0900                                Phone: (415) 875-5809
Fax: (202) 973-0950                                  Fax: (415) 875-5700
ahaac@tzlegal.com                                    sdhibbard@jonesday.com

Craig C. Marchiando, Esq., (SBN 283829)              Todd R. Geremia (*pro hac vice* forthcoming*)*
Leonard A. Bennett, Esq., (*pro hac vice*            **JONES DAY**

**STIPULATED REQUEST TO COORDINATE BRIEFING SCHEDULE AND HEARING DATE FOR PENDING MOTIONS – CASE NO. 3:19-cv-01481-WHO**

| | |
|---|---|
| forthcoming)<br>**CONSUMER LITIGATION ASSOCIATES, P.C.**<br>763 J. Clyde Morris Blvd., Ste. 1-A<br>Newport News, VA 23601<br>Phone: (757) 930-3660<br>Fax: (757) 930-3662<br>lenbennett@clalegal.com<br>craig@clalegal.com<br><br>Kristi C. Kelly, Esq., (*pro hac vice* forthcoming)<br>Andrew J. Guzzo, Esq., (*pro hac vice* forthcoming)<br>**KELLY GUZZO, PLC**<br>3925 Chain Bridge Road, Suite 202<br>Fairfax, VA 22030<br>Phone: (703) 424-7572<br>Fax: (703) 591-0167 Facsimile<br>kkelly@kellyguzzo.com<br>aguzzo@kellyguzzo.com<br><br>*Attorneys for Plaintiffs* | 250 Vesey Street<br>New York, NY 10281<br>Phone: (212) 326-3429<br>Fax: (212) 755-7306<br>trgeremia@jonesday.com<br><br>*Attorney for Defendants*<br>*SEQUOIA CAPITAL OPERATIONS, LLC;*<br>*SEQUOIA CAPITAL FRANCHISE PARTNERS, LLC; SEQUOIA CAPITAL IX, LP; SEQUOIA CAPITAL GROWTH FUND III, LP; SEQUOIA ENTREPRENEURS ANNEX FUND, LP; SEQUOIA CAPITAL GROWTH III PRINCIPALS FUNDS, LLC; SEQUOIA CAPITAL FRANCHISE FUND, LP; AND SEQUOIA CAPITAL GROWTH PARTNERS III, L.P.*<br><br>*/ s /     Anna S. McLean*<br>Anna S. McLean (Cal. Bar No. 142233)<br>**SHEPPARD MULLIN RICHTER & HAMPTON LLP**<br>Four Embarcadero Center, 17th Floor<br>San Francisco, CA 94111-4109<br>Phone: (415) 434-9100<br>Fax: (415) 434-3947<br>amclean@sheppardmullin.com<br><br>Richard L. Scheff (*pro hac vice* forthcoming*)*<br>Jonathan Boughrum (*pro hac vice* forthcoming*)*<br>David F. Herman (*pro hac vice* forthcoming*)*<br>**ARMSTRONG TEASDALE LLP**<br>1500 Market Street, 12th Floor, East Tower<br>Philadelphia, PA 19102<br>Phone: (215) 246-3478<br>Fax: (215) 569-8228<br>rlscheff@armstrongteasdale.com<br>jboughrum@armstrongteasdale.com<br>dherman@armstrongteasdale.com<br><br>*Attorney for Defendants*<br>*MIKE STINSON, LINDA STINSON, THE STINSON 2009 GRANTOR RETAINED ANNUITY TRUST, 7HBF NO. 2, LTD., STARTUP CAPITAL VENTURES, L.P., AND STEPHEN J. SHAPER* |

**STIPULATED REQUEST TO COORDINATE BRIEFING SCHEDULE AND HEARING DATE FOR PENDING MOTIONS – CASE NO. 3:19-cv-01481-WHO**

I, Stephen D. Hibbard, hereby attest pursuant to N.D. Cal. Local Rule 5-1(i)(3), that all signatories to this document have concurred in this filing.

*/ s / Stephen D. Hibbard*
Stephen D. Hibbard

**STIPULATED REQUEST TO COORDINATE BRIEFING SCHEDULE AND HEARING DATE FOR PENDING MOTIONS – CASE NO. 3:19-cv-01481-WHO**

## ORDER

Pursuant to Local Civil Rule 6-2(a), and **GOOD CAUSE APPEARING THEREFOR,** the stipulated schedule set forth above is hereby adopted.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: July 9, 2019



Hon. William H. Orrick
United States District Court Judge

**STIPULATED REQUEST TO COORDINATE BRIEFING SCHEDULE AND HEARING DATE FOR PENDING MOTIONS – CASE NO. 3:19-cv-01481-WHO**