Sabita J. Soneji (SBN 224262)
Maren I. Christensen (SBN 320013)
**TYCKO & ZAVAREEI LLP**
1970 Broadway, Suite 1070
Oakland, CA 94612
Phone: 510-254-6808
Fax: 202-973-0950
Email: ssoneji@tzlegal.com
Email: mchristensen@tzlegal.com
*Attorney for Plaintiffs*

Anna S. McLean (Cal. Bar No. 142233)
Jacqueline M. Simonovich (Cal. Bar. No. 319259)
SHEPPARD MULLIN RICHTER & HAMPTON LLP
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111-4109
Phone: (415) 434-9100
Fax: (415) 434-3947
amclean@sheppardmullin.com
jsimonovich@sheppardmullin.com

*Attorney for Defendants*
*MIKE STINSON, LINDA STINSON, THE STINSON*
*2009 GRANTOR RETAINED ANNUITY TRUST,*
*7HBF NO. 2, LTD., STARTUP CAPITAL*
*VENTURES, L.P., AND STEPHEN J. SHAPER*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

| | |
|---|---|
| KIMETRA BRICE, et al<br><br>Plaintiffs,<br><br>v.<br><br>MIKE STINSON, et al,<br><br>Defendants. | Case Number: 3:19-cv-01481-WHO<br><br>**JOINT STIPULATION TO EXTEND PLAINTIFFS' TIME TO RESPOND TO MOTIONS TO DISMISS AND DEFENDANTS' TIME TO REPLY TO PLAINTIFFS' OPPOSITIONS** |

Pursuant to Civil Local Rule 6-1(b), Plaintiffs Kimetra Brice, Earl Browne, and Jill Novorot ("Plaintiffs"); Defendants Mike Stinson, Linda Stinson, The Stinson 2009 Grantor Retained Annuity Trust, 7HBF No. 2, Ltd., LLC, Startup Capital Ventures, L.P., and Stephen J. Shaper, by and through their respective counsel, respectfully stipulate as follows:

**WHEREAS**,

1. On March 21, 2019, Plaintiffs filed a Complaint against Defendants (Dkt. 1).

2. On December 18, 2019, Defendants Mike Stinson, Linda Stinson, 7HBF No. 2, Ltd., LLC, and Stephen J. Shaper filed a Motion to Dismiss (Dkt. 82).

3. On December 18, 2019, Defendants Linda Stinson and Stephen J. Shaper filed a separate Motion to Dismiss (Dkt. 83), and a corresponding request for judicial notice (Dkt. 84).

4. On December 18, 2019, Defendant The Stinson 2009 Grantor Retained Annuity Trust filed a Motion to Dismiss (Dkt. 85).

5. Plaintiffs' oppositions to the aforementioned Motions to Dismiss (Dkt. Nos. 82-85) are due January 2, 2020.

6. Due to the winter holidays, Counsel for Plaintiffs and Defendants have conferred and agreed that Plaintiffs shall have until January 21, 2020 to respond to Defendants' Motions to Dismiss (Dkt. Nos. 82-85).

7. Counsel for Plaintiffs and Defendants have also conferred and agreed that Defendants' replies to Plaintiffs' oppositions to Defendants' Motions to Dismiss shall be due on January 28, 2020.

**THEREFORE, IT IS NOW HEREBY STIPULATED AND AGREED,** by and between the undersigned, by and through their counsel that:

8. The deadline for Plaintiffs to respond to each of Defendants' Motions to Dismiss (Dkt. Nos. 82-85) shall be January 21, 2020.

9. The deadline for Defendants' to reply to Plaintiffs' oppositions shall be January 28, 2020.

| | | |
|---|---|---|
| 1 | Dated: January 2, 2020 | Respectfully submitted, |
| 2 | /s/ *Maren I. Christensen* | */ s / Anna S. McLean* |
| | Sabita J. Soneji (SBN 224262) | Anna S. McLean (Cal. Bar No. 142233) |
| 3 | Maren I. Christensen (SBN 320013) | Jacqueline M. Simonovich (Cal. Bar. No. 319259) |
| 4 | **TYCKO & ZAVAREEI LLP** | |
| | 1970 Broadway, Suite 1070 | **SHEPPARD MULLIN RICHTER &** |
| 5 | Oakland, CA 94612 | **HAMPTON LLP** |
| | Phone: 510-254-6808 | Four Embarcadero Center, 17th Floor |
| 6 | Fax: 202-973-0950 | San Francisco, CA 94111-4109 |
| | Email: ssoneji@tzlegal.com | Phone: (415) 434-9100 |
| 7 | Email: mchristensen@tzlegal.com | Fax: (415) 434-3947 |
| 8 | | amclean@sheppardmullin.com |
| | Anna C. Haac (*pro hac vice*) | jsimonovich@sheppardmullin.com |
| 9 | **TYCO & ZAVAREEI LLP** | |
| | 1828 L St. N.W., Suite 1000 | Richard L. Scheff (*pro hac vice*) |
| 10 | Washington, DC 20036 | Jonathan Boughrum (*pro hac vice*) |
| | Phone: (202) 973-0900 | David F. Herman (*pro hac vice*) |
| 11 | Fax: (202) 973-0950 | **ARMSTRONG TEASDALE LLP** |
| 12 | ahaac@tzlegal.com | 1500 Market Street, 12th Floor, East Tower |
| | | Philadelphia, PA 19102 |
| 13 | Kristi C. Kelly (*pro hac vice*) | Phone: (215) 246-3478 |
| | Andrew J. Guzzo (*pro hac vice*) | Fax: (215) 569-8228 |
| 14 | **KELLY GUZZO, PLC** | rlscheff@armstrongteasdale.com |
| | 3925 Chain Bridge Road, Suite 202 | jboughrum@armstrongteasdale.com |
| 15 | Fairfax, VA 22030 | dherman@armstrongteasdale.com |
| 16 | Phone: (703) 424-7572 | |
| | Fax: (703) 591-0167 Facsimile | *Attorneys for Defendants* |
| 17 | kkelly@kellyguzzo.com | *MIKE STINSON, LINDA STINSON, THE* |
| | aguzzo@kellyguzzo.com | *STINSON 2009 GRANTOR RETAINED* |
| 18 | | *ANNUITY TRUST, 7HBF NO. 2, LTD.,* |
| 19 | *Attorneys for Plaintiffs* | *STARTUP CAPITAL VENTURES, L.P., AND* |
| | | *STEPHEN J. SHAPER* |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED:    January 3, 2020

_____
THE HON. WILLIAM H. ORRICK
United States District Judge

## **ATTESTATION**

I, Maren Christensen, hereby attest pursuant to N.D. Cal. Local Rule 5-1(i)(3), that all signatories to this document have concurred in this filing.

                                                */s/ Maren I. Christensen*
                                                Maren I. Christensen