Sabita J. Soneji (SBN 224262)
Maren I. Christensen (SBN 320013)
**TYCKO & ZAVAREEI LLP**
1970 Broadway, Suite 1070
Oakland, CA 94612
Phone: 510-254-6808
Fax: 202-973-0950
Email: ssoneji@tzlegal.com
Email: mchristensen@tzlegal.com
*Attorney for Plaintiffs*

Anna S. McLean (Cal. Bar No. 142233)
Jacqueline M. Simonovich (Cal. Bar. No. 319259)
SHEPPARD MULLIN RICHTER & HAMPTON LLP
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111-4109
Phone: (415) 434-9100
Fax: (415) 434-3947
amclean@sheppardmullin.com
jsimonovich@sheppardmullin.com

*Attorney for Defendants*
*MIKE STINSON, LINDA STINSON, THE STINSON*
*2009 GRANTOR RETAINED ANNUITY TRUST,*
*7HBF NO. 2, LTD., STARTUP CAPITAL*
*VENTURES, L.P., AND STEPHEN J. SHAPER*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| KIMETRA BRICE, et al<br><br>        Plaintiffs,<br><br>v.<br><br>MIKE STINSON, et al,<br><br>        Defendants. | Case Number: 3:19-cv-01481-WHO<br><br>**JOINT STIPULATION TO EXTEND PLAINTIFFS' TIME TO RESPOND TO MOTIONS TO DISMISS AND DEFENDANTS' TIME TO REPLY TO PLAINTIFFS' OPPOSITIONS AND RESET HEARING DATE** |

Pursuant to Civil Local Rule 6-1(b), Plaintiffs Kimetra Brice, Earl Browne, and Jill Novorot ("Plaintiffs") and Defendants Mike Stinson, Linda Stinson, The Stinson 2009 Grantor Retained Annuity Trust, 7HBF No. 2, Ltd., LLC, Startup Capital Ventures, L.P., and Stephen J. Shaper (the "Stinson Defendants"), by and through their respective counsel, respectfully stipulate as follows:

**WHEREAS**,

1.      On March 21, 2019, Plaintiffs filed a Complaint against Defendants (Dkt. 1).

2.      On December 18, 2019, Defendants Mike Stinson, Linda Stinson, 7HBF No. 2, Ltd., LLC, and Stephen J. Shaper filed a Motion to Dismiss (Dkt. 82).

3.      On December 18, 2019, Defendants Linda Stinson and Stephen J. Shaper filed a separate Motion to Dismiss (Dkt. 83), and a corresponding request for judicial notice (Dkt. 84).

4.      On December 18, 2019, Defendant The Stinson 2009 Grantor Retained Annuity Trust filed a Motion to Dismiss (Dkt. 85).

5.      Plaintiffs' oppositions to the aforementioned Motions to Dismiss (Dkt. Nos. 82-85) were initially due January 2, 2020.

6.      Due to the holidays, the parties stipulated, however, that Plaintiffs would have until January 21, 2020 to respond to the afore-mentioned Motions to Dismiss (Dkt. Nos. 88), which the Court approved on January 3, 2020.

7.      In the interim, Plaintiffs and the Stinson Defendants have been engaged in meet and confers regarding discovery matters. In addition, a mediation with, *inter alia*, the Stinson Defendants has been scheduled for February 18, 2020.

8.      Given the imminently scheduled mediation, the parties have agreed to continue the February 12, 2020 hearing date on the pending motions to dismiss until April 8, 2020, and further extend the time for Plaintiffs to respond to the various pending Motions to Dismiss (Dkt. Nos. 82-85) until March 11, 2020, with the Stinson Defendants' replies being due March 25, 2020.

9.      In the event the mediation is unsuccessful, Plaintiffs expect additional discovery will be needed to respond to Defendants' motions to dismiss, which the parties anticipate will

likely be the subject of discovery dispute letters with the Court that may necessitate further extensions.

   **THEREFORE, IT IS NOW HEREBY STIPULATED AND AGREED,** by and between the undersigned, by and through their counsel that:

   8. The deadline for Plaintiffs to respond to each of the Stinson Defendants' Motions to Dismiss (Dkt. Nos. 82-85) shall be March 11, 2020.

   9. The deadline for the Stinson Defendants to reply to Plaintiffs' oppositions shall be March 25, 2020.

   10. The February 12, 2020 hearing date on the pending motions to dismiss is to be vacated.

   11. The hearing on the Stinson Defendants' Motions to Dismiss shall be held on April 8, 2020 at 2:00 pm.

Dated: January 17, 2020

Respectfully submitted,

   */s/ Maren I. Christensen*
Sabita J. Soneji (SBN 224262)
Maren I. Christensen (SBN 320013)
**TYCKO & ZAVAREEI LLP**
1970 Broadway, Suite 1070
Oakland, CA 94612
Phone: 510-254-6808
Fax: 202-973-0950
Email: ssoneji@tzlegal.com
Email: mchristensen@tzlegal.com

Anna C. Haac (*pro hac vice*)
**TYCO & ZAVAREEI LLP**
1828 L St. N.W., Suite 1000
Washington, DC 20036
Phone: (202) 973-0900
Fax: (202) 973-0950
ahaac@tzlegal.com

Kristi C. Kelly (*pro hac vice*)
Andrew J. Guzzo (*pro hac vice*)
**KELLY GUZZO, PLC**
3925 Chain Bridge Road, Suite 202
Fairfax, VA 22030

*/ s / Anna S. McLean*
Anna S. McLean (Cal. Bar No. 142233)
Jacqueline M. Simonovich (Cal. Bar. No. 319259)
**SHEPPARD MULLIN RICHTER & HAMPTON LLP**
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111-4109
Phone: (415) 434-9100
Fax: (415) 434-3947
amclean@sheppardmullin.com
jsimonovich@sheppardmullin.com

Richard L. Scheff (*pro hac vice*)
Jonathan Boughrum (*pro hac vice*)
David F. Herman (*pro hac vice*)
**ARMSTRONG TEASDALE LLP**
1500 Market Street, 12th Floor, East Tower
Philadelphia, PA 19102
Phone: (215) 246-3478
Fax: (215) 569-8228
rlscheff@armstrongteasdale.com
jboughrum@armstrongteasdale.com
dherman@armstrongteasdale.com

Phone: (703) 424-7572
Fax: (703) 591-0167 Facsimile
kkelly@kellyguzzo.com
aguzzo@kellyguzzo.com

*Attorneys for Plaintiffs*

*Attorneys for Defendants*
*MIKE STINSON, LINDA STINSON, THE*
*STINSON 2009 GRANTOR RETAINED*
*ANNUITY TRUST, 7HBF NO. 2, LTD.,*
*STARTUP CAPITAL VENTURES, L.P., AND*
*STEPHEN J. SHAPER*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED:  January 21, 2020

THE HON. WILLIAM H. ORRICK
United States District Judge

## **ATTESTATION**

I, Maren Christensen, hereby attest pursuant to N.D. Cal. Local Rule 5-1(i)(3), that all signatories to this document have concurred in this filing.

_/s/ Maren I. Christensen_
Maren I. Christensen