1  Maren I. Christensen (SBN 320013)
   Sabita J. Soneji (SBN 224262)
2  **TYCKO & ZAVAREEI LLP**
   1970 Broadway, Suite 1070
3  Oakland, CA 94612
   Phone: 510-254-6808
4  Fax: 202-973-0950
   Email: mchristensen@tzlegal.com
5  Email: ssoneji@tzlegal.com
   *Attorney for Plaintiffs*
6
   Anna S. McLean (Cal. Bar No. 142233)
7  Jacqueline M. Simonovich (Cal. Bar No. 319259)
   **SHEPPARD MULLIN RICHTER & HAMPTON LLP**
8  Four Embarcadero Center, 17th Floor
   San Francisco, CA 94111-4109
9  Phone: (415) 434-9100
   Fax: (415) 434-3947
10 amclean@sheppardmullin.com
   jsimonovich@sheppardmullin.com
11
   *Attorney for Defendants*
12 *MIKE STINSON, LINDA STINSON, THE STINSON*
   *2009 GRANTOR RETAINED ANNUITY TRUST,*
13 *7HBF NO. 2, LTD., STARTUP CAPITAL*
   *VENTURES, L.P., AND STEPHEN J. SHAPER*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| KIMETRA BRICE, et al<br><br>Plaintiffs,<br><br>v.<br><br>MIKE STINSON, et al,<br><br>Defendants. | Case Number: 3:19-cv-01481-WHO<br><br>**JOINT STIPULATION TO EXTEND PLAINTIFFS' TIME TO RESPOND TO MOTIONS TO DISMISS AND DEFENDANTS' TIME TO REPLY TO PLAINTIFFS' OPPOSITIONS AND RESET HEARING DATE** |

Pursuant to Civil Local Rule 6-1(b), Plaintiffs Kimetra Brice, Earl Browne, and Jill Novorot ("Plaintiffs"); Defendants Mike Stinson, Linda Stinson, The Stinson 2009 Grantor Retained Annuity Trust, 7HBF No. 2, Ltd., LLC, Startup Capital Ventures, L.P., and Stephen J. Shaper (the "Stinson Defendants"), by and through their respective counsel, respectfully stipulate as follows:

**WHEREAS**,

1. On March 21, 2019, Plaintiffs filed a Complaint against Defendants (Dkt. 1).

2. On December 18, 2019, Defendants Mike Stinson, Linda Stinson, 7HBF No. 2, Ltd., LLC, and Stephen J. Shaper filed a Motion to Dismiss (Dkt. 82).

3. On December 18, 2019, Defendants Linda Stinson and Stephen J. Shaper filed a separate Motion to Dismiss (Dkt. 83), and a corresponding request for judicial notice (Dkt. 84).

4. On December 18, 2019, Defendant The Stinson 2009 Grantor Retained Annuity Trust filed a Motion to Dismiss (Dkt. 85).

5. Plaintiffs' oppositions to the aforementioned Motions to Dismiss (Dkt. Nos. 82-85) were initially due January 2, 2020.

6. Due to the winter holidays, the parties stipulated, however, that Plaintiffs would have until January 21, 2020 to respond to the aforementioned Motions to Dismiss (Dkt. No. 88), which the Court approved on January 3, 2020 (Dkt. No. 89).

7. Plaintiffs and the Stinson Defendants engaged in meet and confers regarding discovery matters and scheduled a mediation for February 18, 2020.

8. Given the mediation, the parties stipulated to continue the February 12, 2020 hearing date on the aforementioned Motions to Dismiss until April 8, 2020, and to extend the time for Plaintiffs to respond to the Motions to Dismiss until March 11, 2020, with the Stinson Defendants' replies being due March 25, 2020 (Dkt. No. 90). The Court approved the parties' stipulation on January 21, 2020 (Dkt. No. 91).

9. Due to the parties focusing on follow-up to the mediation rather than briefing and related discovery disputes, the parties agree that Plaintiffs shall have until March 18, 2020 to respond to the Stinson Defendants' Motions to Dismiss, with the Stinson Defendants' replies

| | |
|---|---|
| 1 | being due April 1, 2020. The parties further agree that the hearing on the Stinson Defendants' |
| 2 | Motions to Dismiss will be continued from April 8, 2020 until April 15, 2020. |

**THEREFORE, IT IS NOW HEREBY STIPULATED AND AGREED,** by and between the undersigned, by and through their counsel that:

10. The deadline for Plaintiffs to respond to each of the Stinson Defendants' Motions to Dismiss (Dkt. Nos. 82-85) shall be March 18, 2020.

11. The deadline for Defendants to reply to Plaintiffs' oppositions shall be April 1, 2020.

12. The hearing on the Stinson Defendants' Motions to Dismiss shall be held on April 15, 2020 at 2 pm.

Dated: March 11. 2020

Respectfully submitted,

| | |
|---|---|
| */ s / Maren I. Christensen*\_\_\_\_\_ | */ s / Jonathan Boughrum*_____ |
| Maren I. Christensen (SBN 320013) | Jonathan Boughrum (*pro hac vice*) |
| Sabita J. Soneji (SBN 224262) | Richard L. Scheff (*pro hac vice*) |
| **TYCKO & ZAVAREEI LLP** | David F. Herman (*pro hac vice*) |
| 1970 Broadway, Suite 1070 | **ARMSTRONG TEASDALE LLP** |
| Oakland, CA 94612 | 1500 Market Street, 12th Floor, East Tower |
| Phone: 510-254-6808 | Philadelphia, PA 19102 |
| Fax: 202-973-0950 | Phone: (215) 246-3478 |
| Email: mchristensen@tzlegal.com | Fax: (215) 569-8228 |
| Email: ssoneji@tzlegal.com | jboughrum@armstrongteasdale.com |
| | rlscheff@armstrongteasdale.com |
| Anna C. Haac (pro hac vice) | dherman@armstrongteasdale.com |
| TYCO & ZAVAREEI LLP | |
| 1828 L St. N.W., Suite 1000 | Anna S. McLean (Cal. Bar No. 142233) |
| Washington, DC 20036 | Jacqueline M. Simonovich (Cal. Bar. No. 319259) |
| Phone: (202) 973-0900 | **SHEPPARD MULLIN RICHTER &** |
| Fax: (202) 973-0950 | **HAMPTON LLP** |
| ahaac@tzlegal.com | Four Embarcadero Center, 17th Floor |
| | San Francisco, CA 94111-4109 |
| Kristi C. Kelly (*pro hac vice*) | Phone: (415) 434-9100 |
| Andrew J. Guzzo (*pro hac vice*) | Fax: (415) 434-3947 |
| **KELLY GUZZO, PLC** | amclean@sheppardmullin.com |
| 3925 Chain Bridge Road, Suite 202 | jsimonovich@sheppardmullin.com |
| Fairfax, VA 22030 | |
| Phone: (703) 424-7572 | |
| Fax: (703) 591-0167 Facsimile | *Attorneys for Defendants* |
| kkelly@kellyguzzo.com | *MIKE STINSON, LINDA STINSON, THE* |
| aguzzo@kellyguzzo.com | *STINSON 2009 GRANTOR RETAINED* |
| | *ANNUITY TRUST, 7HBF NO. 2, LTD.,* |
| *Attorneys for Plaintiffs* | *STARTUP CAPITAL VENTURES, L.P., AND* |
| | *STEPHEN J. SHAPER* |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: March 11, 2020

_____
THE HON. WILLIAM H. ORRICK
United States District Judge

## **ATTESTATION**

I, Maren Christensen, hereby attest pursuant to N.D. Cal. Local Rule 5-1(i)(3), that all signatories to this document have concurred in this filing.

*/s/ Maren I. Christensen*
Maren I. Christensen