# Exhibit B

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KIMETRA BRICE, EARL BROWNE, and JILL NOVOROT, <br><br>  Plaintiffs, <br> v. <br><br> MIKE STINSON; LINDA STINSON; THE STINSON 2009 GRANTOR RETAINED ANNUITY TRUST; 7HBF NO. 2, LTD.; SEQUOIA CAPITAL OPERATIONS, LLC; SEQUOIA CAPITAL FRANCHISE PARTNERS, L.P.; SEQUOIA CAPITAL IX, L.P; SEQUOIA CAPITAL GROWTH FUND III, L.P.; SEQUOIA ENTREPRENEURS ANNEX FUND, L.P.; SEQUOIA CAPITAL GROWTH III PRINCIPALS FUND, LLC; SEQUOIA CAPITAL FRANCHISE FUND, L.P.; SEQUOIA CAPITAL GROWTH PARTNERS III, LP.; STARTUP CAPITAL VENTURES, L.P.; STEPHEN J. SHAPER; <br><br>  Defendants. | Case No.: 3:19-cv-01481-WHO |
| KIMETRA BRICE, EARL BROWNE, and JILL NOVOROT, <br><br>  Plaintiffs, <br> v. <br><br> KENNETH REES, GPL SERVICING, LTD., PLAIN GREEN, LLC, GREAT PLAINS LENDING, LLC, VICTORY PARK CAPITAL ADVISORS, LLC, VICTORY PARK MANAGEMENT, LLC, SCOTT ZEMNICK, JEFFREY SCHNEIDER, THOMAS WELCH, HAYNES INVESTMENTS, LLC, and L.STEPHEN HAYNES, <br>  Defendants. | Case No.: 3:18-cv-01200-WHO <br><br> **DECLARATION OF RSM US LLP** |

My name is Ritesh Patel. I am a resident of the Commonwealth of Pennsylvania. I am over the age of eighteen (18) years and am competent to make this declaration. The statements set forth in this declaration are based upon my personal knowledge.

1. I am employed by RSM US LLP ("RSM") as a Manager in the Class Action Claims Administration practice. I have held this position for 3 years.

2. RSM was appointed settlement administrator in the nationwide class action settlements in the Bankruptcy Court for the Northern District of Texas (Think Finance bankruptcy), in *In re Think Finance, LLC*, Case No. 17-33964 and *Gibbs, et al. v. Plain Green, LLC, et al.*, Case No. 3:17-cv-495 (E.D. Va.). These two settlements also resolved the case brought by the Consumer Financial Protection Bureau and Attorney General for the Commonwealth of Pennsylvania.

3. As part of these settlements, we were provided custody of consumer-level account data from Think Finance for loans made to consumers in the names of Great Plains Lending LLC, Plain Green LLC, MobiLoans LLC, and the First Bank of Delaware. RSM was provided with loan data consisting of 1,877,050 loans for 1,045,248 consumers.

4. The following is a summary of the information in this data, which we have made pursuant to Fed. R. Evid. 1006. It includes 463,766 loans from Great Plains Lending LLC representing 255,845 consumers, 1,011,184 loans from Plain Green LLC representing 510,062 consumers, 366,668 loans from MobiLoans LLC representing 366,668 consumers and 35,432 loans from First Bank of Delaware representing 22,378 consumers. Each consumer may have one or more loans with multiple lenders. Therefore, the population of consumers listed for each lender may include the same consumer who borrowed from more than one lender.

5. Each loan account set includes the following data fields: Consumer Name, Consumer Email Address, Consumer Phone Number(s), Current Address, Social Security Number, Loan Number, Legacy Loan Number, Application State, Loan Origination State, Funded Date, Funded

Amount, Paid Amount, Pay Off Date, Charge Off Date, Sold Date, Collection Indicator, Current Alleged Outstanding Balance, Charge Off Amount, Balance When Sold Third Party, Third Party Sold To, Fees Assessed (MobiLoans) or Interest Paid (all other lenders), and Interest Rate Used.

6. Upon receipt of this data, it was our responsibility as the appointed agent of the parties and the Court to analyze, review and confirm the integrity of the data provided as well as to reasonably calculate an approximate payment for each member of the Class, based on the data and fields of information made available to RSM. We did all of this in the regular conduct of RSM's business and as the appointed agent for Think Finance, the Litigation Trust trustee, the Texas bankruptcy Court and the United States District Court for the Eastern District of Virginia.

7. RSM has recently been appointed settlement administrator in two additional nationwide settlements related to the Think Finance litigation in the United States District Court for the Eastern District of Virginia. Those cases are: *Gibbs v. Rees*, Case No. 3:20-cv-717 (E.D. Va.) and *Gibbs v. TCV V, LP*, Case No. 3:19-cv-789 (E.D. Va.). In these cases, in accordance with the settlement, all parties agreed that the data previously provided by Think Finance was correct and for its use in administering the settlement.

8. Pursuant to Fed. R. Evid. 1006, we have also been asked to summarize this data pursuant pertaining to California class members. Our summary of the data pertaining to California class members is as follows.

9. There are 224,007 loans where the consumer resided in California at the time of the origination. Of those:

> 53,412 are from Great Plains Lending;
> 121,616 are from Plain Green prior to June 1, 2016; and
> 48,979 are a cash advance prior to May 6, 2017 pursuant to a line of credit from MobiLoans.

10. The data contains 125,375 unique consumers who meet these requirements ("California Consumers"). California Consumers paid a total of $466,355,891.19. By loan product,

$75,009,501.42 was collected on a Great Plains Lending loan; $197,491,804.99 was collected on a Plain Green loan prior to June 1, 2016; and $193,854,584.78 paid based on a cash advance prior to May 6, 2017 pursuant to a line of credit from MobiLoans.

11. California Consumers paid a total of $175,991,374.00 in interest over 10% interest. This represents 157,471 loans, and 80,497 unique California Consumers. This was calculated by searching for loans where the amount paid less the amount borrowed is greater than 10% interest on the amount borrowed for the life of the loan. Broken down by loan product, $33,739,272.00 was collected over 10% interest on a Great Plains Lending loan, on a total of 38,630 loans; $78,982,488.30 was collected over 10% interest on a Plain Green loan prior to June 1, 2016 on a total of 89,281 loans; and $63,269,613.70 was paid over a 10% interest rate based on 29,560 cash advances prior to May 6, 2017 pursuant to a line of credit from MobiLoans.

12. The Think Finance data indicates that Plaintiff Kimetra Brice took out a loan from Great Plains Lending on November 30, 2016 in the amount of $1,200.00. The records indicate she paid a total of $115.66 over 10% interest rate and a total of $44.02 over 20% interest rate.

13. The Think Finance data indicates that Plaintiff Earl Browne took out six loans as follows:

   a. One loan from MobiLoans on August 4, 2015 in the amount of $1,000.00. The records indicate he paid a total of $354.21 over 10% interest rate and a total of $282.43 over 20% interest rate.

   b. One loan from Great Plains Lending on August 24, 2015 in the amount of $600.00. Plaintiff Browne made payments on the loan until September 4, 2015. The records indicate he paid a total of $71.99 over 10% interest rate and a total of $70.01 over 20% interest rate.

    c. One loan from Great Plains Lending on September 5, 2015 in the amount of $900.00. Plaintiff Browne made payments on the loan until August 2, 2016. The records indicate he paid a total of $1,937.10 over 10% interest rate and a total of $1,855.11 over 20% interest rate.

    d. One loan from Plain Green on October 8, 2015 in the amount of $500.00. Plaintiff Browne made payments on the loan until November 26, 2015. The records indicate he paid a total of $214.46 over 10% interest rate and a total of $207.61 over 20% interest rate.

    e. One loan from Plain Green on November 27, 2015 in the amount of $1,200.00. Plaintiff Browne made payments on the loan until May 19, 2016. The records indicate he paid a total of $434.22 over 10% interest rate and a total of $376.74 over 20% interest rate.

    f. One loan from Great Plains Lending on August 2, 2016 in the amount of $2,000.00. Plaintiff Browne made payments on the loan until October 11, 2017. The records indicate he paid a total of $1,877.54 over 10% interest rate and a total of $1,627.34 over 20% interest rate.

14. The Think Finance data indicates that Plaintiff Jill Novorot took out eight loans from as follows:

    a. One loan from Plain Green on October 16, 2012 in the amount of $250.00. Plaintiff Novorot made payments on the loan until January 3, 2013. The records indicate she paid a total of $157.33 over 10% interest rate and a total of $151.85 over 20% interest rate.

    b. One loan from Plain Green on January 3, 2013 in the amount of $1,000.00. Plaintiff Novorot made payments on the loan until July 13, 2013. The records indicate she paid

a total of $1,335.96 over 10% interest rate and a total of $1,283.46 over 20% interest rate.

   c. One loan from Plain Green on July 13, 2013 in the amount of $1,200.00. Plaintiff Novorot made payments on the loan until April 29, 2014. The records indicate she paid a total of $2,492.62 over 10% interest rate and a total of $2,397.10 over 20% interest rate.

   d. One loan from Plain Green on July 3, 2014 in the amount of $1,400.00. Plaintiff Novorot made payments on the loan until December 21, 2015. The records indicate she paid a total of $3,788.33 over 10% interest rate and a total of $3,562.79 over 20% interest rate.

   e. One loan from Great Plains Lending on September 15, 2015 in the amount of $400.00. Plaintiff Novorot made payments on the loan until January 8, 2016. The records indicate she paid a total of $330.09 over 10% interest rate and a total of $317.41 over 20% interest rate.

   f. One loan from Plain Green on December 28, 2015 in the amount of $800.00. Plaintiff Novorot made payments on the loan until May 31, 2016. The records indicate she paid a total of $406.64 over 10% interest rate and a total of $372.48 over 20% interest rate.

   g. One loan from Great Plains Lending on February 16, 2016 in the amount of $400.00. Plaintiff Novorot made payments on the loan until June 17, 2016. The records indicate she paid a total of $331.46 over 10% interest rate and a total of $317.98 over 20% interest rate.

6
(Civil Action Nos. 3-19-cv-01481-WHO; 3:18-cv-01200-WHO)

      h. One loan from Great Plains Lending on September 21, 2016 in the amount of $1,300.00. The records indicate she paid a total of $3,246.73 over 10% interest rate and a total of $3,022.42 over 20% interest rate.

15. If authorized and requested, we could determine from the loan data the identities and amounts paid in excess of 10% or 20% made by each consumer who obtained their loan in California.

16. We have data like the data above for California consumers, and for consumers in all of the 50 states.

17. If necessary, we could calculate the data in paragraph 11 for any other state based on any interest rate.

I declare under penalty of perjury of the laws of the United States that the foregoing is correct. Signed this 21st day of January, 2021.

                                                      _____
                                                              Ritesh Patel