# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMETRA BRICE, EARL BROWNE, and JILL NOVOROT, <br><br>Plaintiffs, <br><br>v. <br><br>MIKE STINSON; LINDA STINSON; THE STINSON 2009 GRANTOR RETAINED ANNUITY TRUST; 7HBF NO. 2, LTD.; SEQUOIA CAPITAL OPERATIONS, LLC; SEQUOIA CAPITAL FRANCHISE PARTNERS, L.P.; SEQUOIA CAPITAL IX, L.P; SEQUOIA CAPITAL GROWTH FUND III, L.P.; SEQUOIA ENTREPRENEURS ANNEX FUND, L.P.; SEQUOIA CAPITAL GROWTH III PRINCIPALS FUND, LLC; SEQUOIA CAPITAL FRANCHISE FUND, L.P.; SEQUOIA CAPITAL GROWTH PARTNERS III, LP.; STARTUP CAPITAL VENTURES, L.P.; STEPHEN J. SHAPER, <br><br>Defendants. | Case No.: 3:19-cv-01481-WHO <br><br>**ORDER GRANTING STIPULATED REQUEST TO EXTEND CLASS CERTIFICATION BRIEF PAGE LIMITATION** <br><br>Hon. William H. Orrick |
| KIMETRA BRICE, EARL BROWNE, and JILL NOVOROT, <br><br>Plaintiffs, <br><br>v. <br><br>HAYNES INVESTMENTS, LLC, and L. STEPHEN HAYNES, <br><br>Defendants | Case No.: 3:18-cv-01200-WHO |

# ORDER

Upon review of the Stipulated Request to Extend the Class Certification Brief Page Limits for Plaintiffs' Reply, submitted by Plaintiffs and Defendants, and for good cause shown, this Court hereby grants a 5-page extension such that Plaintiffs' Class Certification Reply shall each not exceed 20 pages.

**IT IS SO ORDERED.**

DATED: March 24, 2021

_____
Honorable William H. Orrick
United States District Judge