| | |
|---|---|
| Anna C. Haac (*pro hac vice*) <br> **TYCKO & ZAVAREEI LLP** <br> 1828 L Street, N.W., Suite 1000 <br> Washington, DC 20036 <br> Phone: 202-973-0900 <br> Fax: 202-973-0950 <br> Email: ssoneji@tzlegal.com <br> Email: ahaac@tzlegal.com <br><br> Craig C. Marchiando, Esq. (SBN 283829) <br> **CONSUMER LITIGATION ASSOCIATES, P.C.** <br> 763 J. Clyde Morris Blvd., Ste. 1-A <br> Newport News, VA 23601 <br> Telephone: (757) 930-3660 <br> Facsimile: (757) 930-3662 <br> Email: craig@clalegal.com <br><br> Kristi C. Kelly, Esq. (*pro hac vice*) <br> **KELLY & GUZZO, PLC** <br> 3925 Chain Bridge Road, Suite 202 <br> Fairfax, VA 22030 <br> (703) 424-7572 <br> (703) 591-0167 Facsimile <br> Email: kkelly@kellyguzzo.com <br><br> *Attorneys for Plaintiffs* <br><br> [Additional Counsel on Signature Page] | Anna S. McLean (Cal. Bar No. 142233) <br> Michael A. Lundholm (Cal. Bar No. 336151) <br> **SHEPPARD MULLIN RICHTER & HAMPTON LLP** <br> Four Embarcadero Center, 17th Floor <br> San Francisco, CA 94111-4109 <br> Phone: (415) 434-9100 <br> Fax: (415) 434-3947 <br> amclean@sheppardmullin.com <br> mlundholm@sheppardmullin.com <br><br> Richard L. Scheff (*pro hac vice*) <br> Jonathan Boughrum (*pro hac vice*) <br> Michael C. Witsch (*pro hac vice*) <br> David F. Herman (*pro hac vice*) <br> **ARMSTRONG TEASDALE LLP** <br> 2005 Market Street <br> One Commerce Square, Fl. 29 <br> Philadelphia, PA 19103 <br> Phone: ((267) 780-2000 <br> Fax: (215) 405-9070 <br> rlscheff@armstrongteasdale.com <br> jboughrum@armstrongteasdale.com <br> mwitsch@armstrongteasdale.com <br> dherman@armstrongteasdale.com <br><br> *Attorneys for Defendants* |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KIMETRA BRICE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> MIKE STINSON; et al., <br><br> Defendants. | Case No.: 3:19-cv-01481-WHO <br><br> **STIPULATION AND [PROPOSED] ORDER REGARDING CASE SCHEDULING** |
| KIMETRA BRICE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> HAYNES INVESTMENTS, LLC, et al., <br><br> Defendants | Case No.: 3:18-cv-01200-WHO |

1     WHEREAS, Plaintiffs Kimetra Brice, Earl Browne, and Jill Novorot ("Plaintiffs") have asserted various claims in the above-captioned actions (the "Litigation") against Haynes Investments, LLC, L. Stephen Haynes, Mike Stinson, Linda Stinson, 7HBF No. 2 LTD, Startup Capital Ventures, L.P., and Stephen J. Shaper ("Defendants" and together with Plaintiffs, "the Parties");

    WHEREAS, the last day to file and serve notice of summary judgment motions for hearing on May 12, 2021 is currently April 7, 2021;

    WHEREAS, the Parties need to complete depositions of experts before summary judgment motions;

    WHEREAS, depositions of the Parties' experts are scheduled for April 9, 19 and 21;

    WHEREAS, this Court's decision on the enforceability of the arbitration provisions in the loan contracts still remains pending before the Ninth Circuit;

    NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the Parties as follows:

1.     The deadline to file and serve notice of summary judgment motions is extended until May 19, 2021;

2.     Dispositive Motions will be heard June 23, 2021 at 2:00 pm; and

3.     All other case deadlines will remain in place.

IT IS SO STIPULATED.

Dated: April 6, 2021                                             Respectfully submitted,

By: */s/ Anna C. Haac*
Anna C. Haac (pro hac vice)
Mark A. Clifford (pro hac vice)
**TYCKO & ZAVAREEI LLP**
1828 L Street, N.W., Suite 1000
Washington, DC 20036
Phone: 202-973-0900
Fax: 202-973-0950
Email: ahaac@tzlegal.com

|   |   |
|---|---|
| 1 | Sabita Soneji (SBN 224262) |
|   | **TYCKO & ZAVAREEI LLP** |
| 2 | 1970 Broadway, Suite 1070 |
|   | Oakland, CA 94612 |
| 3 | Telephone (510) 254-6808 |
|   | Facsimile (510) 210-0571 |
| 4 | Email: ssoneji@tzlegal.com |
| 5 | Craig C. Marchiando, Esq., (SBN 283829) |
|   | Leonard A. Bennett, Esq., (pro hac vice) |
| 6 | Amy Leigh Austin (pro hac vice) |
|   | **CONSUMER LITIGATION** |
| 7 | **ASSOCIATES, P.C.** |
|   | 763 J. Clyde Morris Blvd., Ste. 1-A |
| 8 | Newport News, VA 23601 |
|   | Telephone: (757) 930-3660 |
| 9 | Facsimile: (757) 930-3662 |
|   | Email: lenbennett@clalegal.com |
| 10 | Email: craig@clalegal.com |
|   | Email: amyaustin@clalegal.com |
| 11 |   |
| 12 | Kristi C. Kelly, Esq. (pro hac vice) |
|   | Andrew Guzzo, Esq. (pro hac vice) |
| 13 | **KELLY GUZZO PLC** |
|   | 3925 Chain Bridge Road, Suite 202 |
| 14 | Fairfax, VA 22030 |
|   | (703) 424-7572 |
| 15 | (703) 591-0167 Facsimile |
|   | Email: kkelly@kellyguzzo.com |
| 16 | Email: aguzzo@kellyguzzo.com |
|   | *Attorneys for Plaintiffs* |
| 17 |   |
|   | By: */s/ Jonathan P. Boughrum* |
| 18 | Jonathan P. Boughrum |
|   | David Foster Herman |
| 19 | Richard L. Scheff |
|   | Michael Christopher Witsch |
| 20 | **ARMSTRONG TEASDALE LLP** |
|   | 2005 Market Street, 29th Floor |
| 21 | One Commerce Square |
|   | Philadelphia, PA 191013 |
| 22 | Phone: (267) 780-2012 |
|   | Fax: (215) 405-9070 |
| 23 | jboughrum@armstrongteasdale.com |
|   | dherman@armstrongteasdale.com |
| 24 | rscheff@armstrongteasdale.com |
|   | mwitsch@armstrongteasdale.com |
| 25 |   |
| 26 |   |
| 27 |   |
| 28 |   |

|   |   |
|---|---|
| 1 | Anna S. McLean |
|   | Michael A. Lundholm |
| 2 | **SHEPPARD MULLIN RICHTER & HAMPTON LLP** |
| 3 | Four Embarcadero Center, 7th Floor |
|   | San Francisco, CA 94111 |
| 4 | Phone: (415) 434-9100 |
|   | Fax: (415) 434-3947 |
| 5 | AMcLean@sheppardmullin.com |
|   | MLundholm@sheppardmullin.com |
| 6 | *Attorneys for Defendants, 7HBF No. 2 LTD., Startup Capital Ventures, L.P., Linda Stinson, Michael Stinson, Stephen J. Shaper, Haynes Investments, LLC, and L. Stephen Haynes* |

I, Jonathan P. Boughrum, hereby attest pursuant to N.D. Cal. Local Rule 5-1(i)(3), that concurrence to the filing of this document has been obtained from each signatory hereto.

*/s/ Jonathan P. Boughrum*
Jonathan P. Boughrum

IT IS SO ORDERED.

DATED: April 7, 2021

The Hon. William H. Orrick
United States District Judge