RALPH A. ZAPPALA, SBN 102052
ERIN SHEFFIELD SANCHEZ, SBN 238450
BUSBY ZAPPALA & SANCHEZ LLP
251 Lafayette Circle, Suite 350
Lafayette, CA 94549
Telephone: (925) 299-9600
Facsimile: (925) 299-9608
rzappala@bzlawllp.com
esanchez@bzlawllp.com

Attorneys for Defendant
STARTUP CAPITAL VENTURES, L.P.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMETRA BRICE, et al.,<br><br>            Plaintiffs,<br><br>    vs.<br><br>MIKE STINSON, et al.,<br><br>            Defendants. | Case No.: 3:19-cv-01481-WHO<br><br>**NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR DEFENDANT STARTUP CAPITAL VENTURES, L.P.; [PROPOSED] ORDER** |

PLEASE TAKE NOTICE that Defendant Startup Capital Ventures, L.P. has retained Busby Zappala & Sanchez LLP and Pagel, Davis & Hill, P.C. to substitute as counsel for Sheppard Mullin Richter & Hampton LLP and Armstrong Teasdale LLP in the above-captioned matter.

Withdrawing counsel for Defendant Startup Capital Ventures, L.P. are:

    Anna S. McLean, Esq.
    Michael A. Lundholm, Esq.
    Sheppard Mullin Richter & Hampton LLP
    Four Embarcadero Center, 7th Floor
    San Francisco, CA  94111
    Telephone:  415-434-9100
    Facsimile:  415-434-3947
    Email:  amclean@sheppardmullin.com, mlundholm@sheppardmullin.com

|   |   |
|---|---|
| 1 | Richard L. Scheff, Esq. |
|   | Jonathan P. Boughrum, Esq. |
| 2 | David F. Herman, Esq. |
|   | Michael Christopher Witsch, Esq. |
| 3 | Armstrong Teasdale LLP |
|   | 2005 Market Street, 29th Floor |

Richard L. Scheff, Esq.
Jonathan P. Boughrum, Esq.
David F. Herman, Esq.
Michael Christopher Witsch, Esq.
Armstrong Teasdale LLP
2005 Market Street, 29th Floor
Philadelphia, PA 19103
Telephone: 267-780-2000
Facsimile: 215-405-9070
Email: rscheff@armstrongteasdale.com, jboughrum@armstrongteasdale.com, dherman@armstrongteasdale.com, mwitsch@armstrongteasdale.com

All pleadings, orders, and notices should henceforth be served upon the following substituted counsel for Defendant Startup Capital Ventures, L.P.:

Ralph A. Zappala
Erin S. Sanchez
Busby Zappala & Sanchez LLP
251 Lafayette Circle, Suite 350
Lafayette, CA 94549
Telephone: 925-299-9600
Facsimile: 925-299-9608
Email: rzappala@bzlawllp.com, esanchez@bzlawllp.com

Martyn B. Hill (pro hac vice forthcoming)
Michael A. Harris (pro hac vice forthcoming)
Richard Post (pro hac vice forthcoming)
Pagel, David & Hill, P.C.
1415 Louisiana Street, 22nd Floor
Houston, TX 77002
Telephone: 713-951-0160
Facsimile: 713-951-0662
Email: mbh@pdhlaw.com, mah@pdhlaw.com, rpost@pdhlaw.com

The undersigned parties consent to the above withdrawal and substitution of counsel.

Dated: April 23, 2020          STARTUP CAPITAL VENTURES, L.P.

By: _____
Name: John E. Dean
Title: Managing Partner

Dated: April 27, 2020          ARMSTRONG TEASDALE LLP


By: /s/ Richard L. Scheff

Case No.: 3:19-cv-01481-WHO

NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR
DEFENDANT STARTUP CAPITAL VENTURES, L.P.; [PROPOSED] ORDER- 2

Dated: April 27, 2020         SHEPPARD MULLIN RICHTER & HAMPTON LLP


By: /s/ Anna S. McLean


Dated: April 28, 2020         BUSBY ZAPPALA & SANCHEZ LLP


By: /s/ Erin S. Sanchez
   RALPH A. ZAPPALA
   ERIN SHEFFIELD SANCHEZ

I hereby attest that I obtained concurrence in the filing of this document from each of the other signatories on this e-filed document.

Dated: April 28, 2020         PAGEL, DAVIS & HILL, P.C.


By: /s/ Martyn B. Hill
   MARTYN B. HILL
   MICHAEL A. HARRIS
   RICHARD POST

The above withdrawal and substitution of counsel is approved and so ORDERED.

Dated:

HONORABLE WILLIAM H. ORRICK
JUDGE, UNITED STATES DISTRICT COURT

# CERTIFICATE OF SERVICE

I declare that: I am employed in the County of Contra Costa, State of California; I am over the age of 18 years and not a party to the within entitled action; my business address is 251 Lafayette Circle, Suite 350, Lafayette, California 94549.

On April 28, 2021 I served the **NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR DEFENDANT STARTUP CAPITAL VENTURES, L.P.; [PROPOSED] ORDER** on the interested parties below as follows:

[ ]   (By Mail [Federal]): I placed such envelope with postage thereon fully prepaid in the United States Mail at Lafayette, California.

[X]   (By CM/ECF): A copy of the above and foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system which sent electronic notification of such filing to all those individuals currently electronically registered with the Court.

| | |
|---|---|
| Anna S. McLean, Esq.<br>Michael A. Lundholm, Esq.<br>Sheppard Mullin Richter & Hampton LLP<br>Four Embarcadero Center, 7th Floor<br>San Francisco, CA 94111<br>P: 415-434-9100<br>F: 415-434-3947<br>E: amclean@sheppardmullin.com,<br>mlundholm@sheppardmullin.com | Counsel for Defendants<br>7HBF No. 2, Ltd., Linda Stinson,<br>Michael Stinson, Stephen J. Shaper,<br>Haynes Investments, LLC, and L.<br>Stephen Haynes |
| Richard L. Scheff, Esq.<br>Jonathan P. Boughrum, Esq.<br>David F. Herman, Esq.<br>Michael Christopher Witsch, Esq.<br>Armstrong Teasdale LLP<br>2005 Market Street, 29th Floor<br>Philadelphia, PA 19103<br>P: 267-780-2000<br>F: 215-405-9070<br>E: rscheff@armstrongteasdale.com,<br>jboughrum@armstrongteasdale.com,<br>dherman@armstrongteasdale.com,<br>mwitsch@armstrongteasdale.com | Counsel for Defendants<br>7HBF No. 2, Ltd., Linda Stinson,<br>Michael Stinson, Stephen J. Shaper,<br>Haynes Investments, LLC, and L.<br>Stephen Haynes |
| Anna C. Haac, Esq.<br>Mark A. Clifford, Esq.<br>Tycko & Zavareei LLP<br>1828 L Street N.W., Suite 1000 | Counsel for Plaintiffs |

| | |
|---|---|
| Washington, DC 20036<br>P: 202-973-0900<br>F: 202-973-0950<br>E: ahaac@tzlegal.com, mclifford@tzlegal.com | |
| Sabita Soneji, Esq.<br>Tycko & Zavareei LLP<br>1970 Broadway, Suite 1070<br>Oakland, CA 94612<br>P: 510-254-6808<br>F: 510-210-0571<br>E: ssoneji@tzlegal.com | Counsel for Plaintiffs |
| Craig C. Marchiando, Esq.<br>Leonard A. Bennett, Esq.<br>Amy Leigh Austin, Esq.<br>Consumer Litigation Associates, P.C.<br>763 J. Clyde Morris Blvd., Suite 1-A<br>Newport News, VA 23601<br>P: 757-930-3660<br>F: 757-930-3662<br>E: craig@clalegal.com,<br>lenbennett@clalegal.com,<br>amyaustin@clalegal.com | Counsel for Plaintiffs |
| Kristi C. Kelly, Esq.<br>Andrew Guzzo, Esq.<br>Kelly Guzzo PLC<br>3925 Chain Bridge Road, Suite 202<br>Fairfax, VA 22030<br>P: 703-424-7572<br>F: 703-591-0167<br>E: kkelly@kellyguzzo.com,<br>aguzzo@kellyguzzo.com | Counsel for Plaintiffs |

I declare that I am employed in the office of a member of the Bar at whose direction this service was made.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on April 28, 2021_____, at Lafayette, California.

                                            /s/
                                    Sheila McNeill