Anna C. Haac (pro hac vice)
**TYCKO & ZAVAREEI LLP**
1828 L Street, N.W., Suite 1000
Washington, DC 20036
Phone: 202-973-0900
Fax: 202-973-0950
Email: ahaac@tzlegal.com

*Attorneys for Plaintiffs and the Class*
*Additional Counsel on Signature Page*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KIMETRA BRICE, EARL BROWNE, and JILL NOVOROT**,**<br><br>    Plaintiffs,<br>v.<br><br>MIKE STINSON; LINDA STINSON; 7HBF NO. 2, LTD.; STARTUP CAPITAL VENTURES, L.P.; STEPHEN J. SHAPER**,**<br><br>    Defendants. | Case No.: 3:19-cv-01481-WHO<br><br>**NOTICE OF MOTION AND ADMINISTRATIVE MOTION TO SEAL DOCUMENTS IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Hon. William H. Orrick |
| KIMETRA BRICE, EARL BROWNE, and JILL NOVOROT,<br><br>  Plaintiffs,<br>v.<br><br>HAYNES INVESTMENTS, LLC, and L. STEPHEN HAYNES,<br><br>    Defendants | Case No.: 3:18-cv-01200-WHO |

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2  PLEASE TAKE NOTICE that, pursuant to Local Rule 79-5(e), Plaintiffs Kimetra Brice, Jill
3  Novorot, and Earl Browne ("Plaintiffs") hereby file this administrative motion to file under seal certain
4  confidential documents, including Plaintiffs' Motion for Partial Summary Judgment, which is being filed
5  simultaneously herewith, and certain accompanying exhibits.

6  Plaintiffs have review and complied with the Court's Standing Order on Administrative Motions
7  to Seal as well as Local Rule 79-5.

8  Plaintiffs hereby request to file the following documents under seal:

9  1.  Exhibits designated confidential by non-parties Think Finance and GPL Servicing Ltd.
10 ("GPLS"),

| Exhibit Number | Description of Document | Bates Number | Designating Party |
|---|---|---|---|
| Excel Exhibit 1 | Excel Sheet – Excerpt of consumer-level account data produced natively | N/A | Think Finance |
| 1 | July 28, 2010 Transaction – Investment Committee Memorandum | GPLP00448752-448766 | GPLS |
| 6 | February 28, 2011 Transaction – Investment Committee Memorandum | GPLP00448767-448780 | GPLS |

2.  An unredacted version of the Declaration of Anna C. Haac ISO Plaintiffs' Motion for Partial Summary Judgment, portions of which refer to data from exhibits designated as confidential:

| Page:Lines | Exhibit(s) Cited | Designating Party |
|---|---|---|
| 2:17-27 | Excel Exhibit 1 | Think Finance |
| 3:1-3 | Excel Exhibit 1 | Think Finance |

---

NOTICE OF MOTION AND ADMINISTRATIVE MOTION TO SEAL DOCUMENTS IN SUPPORT OF
PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT
CIVIL ACTION NOS. 3:19-CV-01481-WHO & 3:18-CV-01200-WHO)
1

3. An unredacted version of Plaintiffs' Motion for Partial Summary Judgment, portions of which refer to the above exhibits designated as confidential:

| Page:Lines | Exhibit(s) Cited | Designating Party |
| --- | --- | --- |
| 3:1-16; 24 | Exhibit 1 | GPLS |
| 4:1 | Exhibit 1 | GPLS |
| 5:4-10 | Exhibit 6 | GPLS |
| 7:13-22 | Excel Exhibit 1 | Think Finance |
| 8:23-27 | Excel Exhibit 1 | Think Finance |
| 9:1-2 | Excel Exhibit 1 | Think Finance |
| 9: 25 | Exhibit 6 | GPLS |
| 16: 25-26 | Exhibit 6 | GPLS |
| 42: 10-12 | Exhibit 6 | GPLS |
| 44: 17-20, 23 | Excel Exhibit 1 | Think Finance |

The documents and portions of Plaintiffs' Motion for Partial Summary Judgment identified above were produced and designated as confidential by non-parties Think Finance or GPLS pursuant to a Stipulated Protective Order entered in *In re Think Finance*, No. 17-33964 (Bankr. N.D. Tex.) ("Bankruptcy Litigation"). *See* Haac Declaration, Ex. A (Stipulated Protective Order). The "under seal" filing of Plaintiffs' Motion for Partial Summary Judgment and certain accompanying exhibits is thus required by the terms of the protective order.

Although Plaintiffs are filing the instant motion, Plaintiffs do not agree that the information being suppressed was properly designated as confidential; indeed, almost none of the documents designated as confidential and that are referenced in Plaintiffs' Motion for Partial Summary Judgment qualify for protection as a trade secret, privileged information, or otherwise. *See* Dkt. 64 at ¶¶ 2.2, 12.3. For example, in *Brice v. Plain Green, LLC*, involving the same rent-a-tribe scheme at issue here, the court denied the Haynes Defendants' motion to seal because they had not shown "a compelling justification overcoming the public's right of access." 372 F. Supp. 3d 955, 987 (N.D. Cal. 2019). The same outcome

NOTICE OF MOTION AND ADMINISTRATIVE MOTION TO SEAL DOCUMENTS IN SUPPORT OF PLAINTIFFS' PARTIAL MOTION FOR SUMMARY JUDGMENT
CIVIL ACTION NOS. 3:19-CV-01481-WHO & 3:18-CV-01200-WHO)
2

is appropriate here. Nevertheless, Section 12.3 of the Stipulated Protective Order in this case requires Plaintiffs to file this motion to seal. Under that section, Plaintiffs may not file any confidential material in the absence of prior written permission from the Designating Party or a court order.

Furthermore, even though Plaintiffs do not agree that Defendants' exhibits are sealable, L.R. 79-5(d)(1) requires Plaintiffs to file both a declaration and proposed order in support of this Motion to Seal. Although Plaintiffs are filing this motion, the applicable Designating Parties are actually the proponents of it. Accordingly, L.R. 79-5(e) requires that, within 4 days of the filing of this Administrative Motion to File Under Seal, those Designating Parties must file a declaration as required by L.R. 79-5(d)(1)(A) establishing that all of the material they designated as confidential is sealable. Thus, the burden shifts to the Designating Parties to demonstrate that the material at issue is privileged, protectable as a trade secret, or otherwise entitled to protection under the law. *See* Dkt. 64 at ¶¶ 2.2, 12.3.

Dated: May 19, 2021                     Respectfully submitted,

By: */s/ Anna C. Haac*
Anna C. Haac (pro hac vice)
Mark A. Clifford (pro hac vice)
**TYCKO & ZAVAREEI LLP**
1828 L Street, N.W., Suite 1000
Washington, DC 20036
Phone: 202-973-0900
Fax: 202-973-0950
Email: ahaac@tzlegal.com
Email: mclifford@tzlegal.com

Kristi C. Kelly, Esq. (pro hac vice)
Andrew Guzzo, Esq. (pro hac vice)
**KELLY GUZZO, PLC**
3925 Chain Bridge Road, Suite 202
Fairfax, VA 22030
(703) 424-7572
(703) 591-0167 Facsimile
Email: kkelly@kellyguzzo.com
Email: aguzzo@kellyguzzo.com

Sabita Soneji (SBN 224262)
**TYCKO & ZAVAREEI LLP**
1970 Broadway, Suite 1070

NOTICE OF MOTION AND ADMINISTRATIVE MOTION TO SEAL DOCUMENTS IN SUPPORT OF
PLAINTIFFS' PARTIAL MOTION FOR SUMMARY JUDGMENT
CIVIL ACTION NOS. 3:19-CV-01481-WHO & 3:18-CV-01200-WHO)
3

Oakland, CA 94612
Telephone (510) 254-6808
Facsimile (510) 210-0571
Email: ssoneji@tzlegal.com

Craig C. Marchiando, Esq., (SBN 283829)
Leonard A. Bennett, Esq., (pro hac vice)
Amy Leigh Austin (pro hac vice)
**CONSUMER LITIGATION ASSOCIATES, P.C.**
763 J. Clyde Morris Blvd., Ste. 1-A
Newport News, VA 23601
Telephone: (757) 930-3660
Facsimile: (757) 930-3662
Email: lenbennett@clalegal.com
Email: craig@clalegal.com
Email: amyaustin@clalegal.com

*Attorneys for Plaintiffs and the Class*