Anna C. Haac (pro hac vice)
**TYCKO & ZAVAREEI LLP**
1828 L Street, N.W., Suite 1000
Washington, DC 20036
Phone: 202-973-0900
Fax: 202-973-0950
Email: ahaac@tzlegal.com

*Attorneys for Plaintiffs and the Class*
*Additional Counsel on Signature Page*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMETRA BRICE, EARL BROWNE, and JILL NOVOROT,<br><br>Plaintiffs,<br><br>v.<br><br>MIKE STINSON; LINDA STINSON; 7HBF NO. 2, LTD.; STARTUP CAPITAL VENTURES, L.P.; STEPHEN J. SHAPER,<br><br>Defendants. | Case No.: 3:19-cv-01481-WHO |
| KIMETRA BRICE, EARL BROWNE, and JILL NOVOROT,<br><br>Plaintiffs,<br><br>v.<br><br>HAYNES INVESTMENTS, LLC, and L. STEPHEN HAYNES,<br><br>Defendants | Case No.: 3:18-cv-01200-WHO<br><br>**PLAINTIFFS' NOTICE OF SETTLEMENT AS TO DEFENDANT STARTUP CAPITAL VENTURES, L.P.** |

## NOTICE OF SETTLEMENT

Plaintiffs, on behalf of themselves and all other Class Members, and Defendant Startup Capital Ventures, L.P. ("SCV"), hereby submit this notice to inform the Court that they have reached an agreement to settle this matter. After four mediation sessions with United States Magistrate Judge Thomas S. Hixon,

1  the parties reached a settlement in principle on July 9, 2021, and memorialized this agreement in a Stipulation
2  and Agreement for Settlement, which has been circulated for signatures to all parties.[1]
3      No later than July 19, 2021, Plaintiffs intend to file a motion to sever as to SCV for the purpose of
4  removing it from the pending action. Plaintiffs also intend to file a motion for preliminary approval of the
5  class settlement no later than August 2, 2021.

Dated: June 3, 2021                Respectfully submitted,

                                   By: /s/ Anna C. Haac
                                   Anna C. Haac (pro hac vice)
                                   Mark A. Clifford (pro hac vice)
                                   **TYCKO & ZAVAREEI LLP**
                                   1828 L Street, N.W., Suite 1000
                                   Washington, DC 20036
                                   Phone: 202-973-0900
                                   Fax: 202-973-0950
                                   Email: ahaac@tzlegal.com
                                   Email: mclifford@tzlegal.com

                                   Kristi C. Kelly, Esq. (pro hac vice)
                                   Andrew Guzzo, Esq. (pro hac vice)
                                   **KELLY GUZZO, PLC**
                                   3925 Chain Bridge Road, Suite 202
                                   Fairfax, VA 22030
                                   (703) 424-7572
                                   (703) 591-0167 Facsimile
                                   Email: kkelly@kellyguzzo.com
                                   Email: aguzzo@kellyguzzo.com

                                   Sabita Soneji (SBN 224262)
                                   **TYCKO & ZAVAREEI LLP**
                                   1970 Broadway, Suite 1070
                                   Oakland, CA 94612
                                   Telephone (510) 254-6808
                                   Facsimile (510) 210-0571
                                   Email: ssoneji@tzlegal.com

                                   Craig C. Marchiando, Esq., (SBN 283829)
                                   Leonard A. Bennett, Esq., (pro hac vice)
                                   Amy Leigh Austin (pro hac vice)
                                   **CONSUMER LITIGATION ASSOCIATES, P.C.**
                                   763 J. Clyde Morris Blvd., Ste. 1-A

---

[1] The class action settlement also includes the Plaintiffs and putative class members in the related *Gibbs* matter.

| | |
|---|---|
| 1 | Newport News, VA 23601 |
| | Telephone: (757) 930-3660 |
| 2 | Facsimile: (757) 930-3662 |
| | Email: lenbennett@clalegal.com |
| 3 | Email: craig@clalegal.com |
| | Email: amyaustin@clalegal.com |
| 4 | |
| 5 | *Attorneys for Plaintiffs and the Class* |