Anna C. Haac (pro hac vice)
**TYCKO & ZAVAREEI LLP**
1828 L Street, N.W., Suite 1000
Washington, DC 20036
Phone: 202-973-0900
Fax: 202-973-0950
Email: ahaac@tzlegal.com

*Attorney for Plaintiffs*

*Additional Counsel on Signature Page*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KIMETRA BRICE, EARL BROWNE, and JILL NOVOROT, <br><br> Plaintiffs, <br> v. <br><br> MIKE STINSON; LINDA STINSON; 7HBF NO. 2, LTD.; STARTUP CAPITAL VENTURES, L.P.; STEPHEN J. SHAPER, <br><br>     Defendants | Case No.: 3:19-cv-01481-WHO <br><br> **STIPULATION OF DISMISSAL WITH PREJUDICE** <br><br> Hon. William H. Orrick |

1  On August 16. 2022, a settlement resolving Plaintiffs' claims in this Action against Defendants Michael Stinson, Linda Stinson, 7HBF No. 2, Ltd., Stephen J. Shaper ("Defendants") was finally approved by the U.S. District Court for the Eastern District of Virginia. *See Gibbs v. Stinson*, No. 3:18-cv-676, ECF No. 346 (E.D. Va. Aug. 16, 2022). As a result of the settlement between the Parties, Plaintiffs and Defendants hereby stipulate to the dismissal with prejudice of all claims against Defendants pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii); each Party to bear their own costs and attorneys' fees. Pursuant to this stipulation, the parties further agree that the Court retains jurisdiction to enforce the prior Orders in this case.

AND THIS CAUSE IS ENDED.

Dated: September 6, 2022          Respectfully submitted,

By: /s/ Anna C. Haac
Anna C. Haac (pro hac vice)
**TYCKO & ZAVAREEI LLP**
1828 L Street, N.W., Suite 1000
Washington, DC 20036
Phone: 202-973-0900
Fax: 202-973-0950
Email: ahaac@tzlegal.com

Kristi C. Kelly, Esq. (pro hac vice)
Andrew Guzzo, Esq. (pro hac vice)
**KELLY GUZZO, PLC**
3925 Chain Bridge Road, Suite 202
Fairfax, VA 22030
(703) 424-7572
(703) 591-0167 Facsimile
Email: kkelly@kellyguzzo.com
Email: aguzzo@kellyguzzo.com

Craig C. Marchiando, Esq., (SBN 283829)
Leonard A. Bennett, Esq., (pro hac vice)
**CONSUMER LITIGATION ASSOCIATES, P.C.**
763 J. Clyde Morris Blvd., Ste. 1-A
Newport News, VA 23601
Telephone: (757) 930-3660
Facsimile: (757) 930-3662
Email: lenbennett@clalegal.com
Email: craig@clalegal.com

Email: amyaustin@clalegal.com

*Attorneys for Plaintiffs*

By: */s/ Richard L. Scheff*
Richard L. Scheff (pro hac vice)
David Foster Herman (pro hac vice)
**ARMSTRONG TEASDALE, LLP**
2005 Market Street, 29th Floor
Philadelphia, PA 19103
Phone: 267-780-2000
Email: rscheff@armstrongteasdale.com
dherman@armstrongteasdale.com

Anna S. McLean (SBN 142233)
**SHEPPARD MULLIN RICHTER & HAMPTON LLP**
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111-4109
Telephone: (415) 434-9100
Facsimile: (415) 434-3947
E-Mail: amclean@sheppardmullin.com

*Attorneys for Michael Stinson, Linda Stinson, 7HBF No. 2, Ltd., Stephen J. Shaper*

**PURSUANT TO THE STIPULATION, IT IS SO ORDERED.**

Dated: September 6, 2022                         _____
                                                  Honorable Judge William H. Orrick

**ATTESTATION**

I, Anna C. Haac, am the ECF user whose ID and password authorized the filing of this document. Under Civil Local Rule 5-1(i)(3), I attest that all signatories to this document have concurred in this filing.

Dated: September 6, 2022     By     */s/ Anna C. Haac*
　　　　　　　　　　　　　　　　　　　Anna C. Haac